**Reversed and Remanded and Memorandum Opinion filed October 8, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00297-CV

**ROBERT SAUNDERS, INDIVIDUALLY AND D/B/A SA-CO PLUMBING,** Appellant

**V.**

**STATE FARM LLOYDS AS SUBROGEE OF BLAKE MONTGOMERY,** Appellee

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Court Cause No. 54311**

## M E M O R A N D U M   O P I N I O N

This appeal is brought from a default judgment entered September 15, 2014. Appellant requests we reverse the trial court's judgment on the grounds he was not served. Appellee has informed this court that it will not file a brief in this appeal and has no objection to this Court granting appellant's requested relief.

Accordingly, the judgment of the trial court is reversed and the cause remanded for further proceedings.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.